OPINION — AG — ** STATE AGENCIES — DEPOSITING OF MONIES ** TITLE 62 O.S. 7.1 [62-7.1] SUPERSEDES OR IMPLIEDLY REPEALS 62 O.S. 79 [62-79] TO THE EXTENT THESE SECTIONS MAY BE IN CONFLICT. FURTHERMORE, STATE AGENCIES SHOULD FOLLOW THE PROVISIONS OF 62 O.S. 7.1 [62-7.1] CONCERNING THE DEPOSITING OF THE MONEYS RECEIVED BY SAID AGENCIES. (STATE FUNDS, PUBLIC FUNDS, DEPOSITS, SPECIAL ACCOUNTS) CITE: 62 O.S. 79 [62-79], 62 O.S. 7.2 [62-7.2] (TODD MARKUM)